IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THE ESTATE OF CHARRO JONES,**                        **PLAINTIFFS**
**SR., deceased, et al.**

**V.**                                  **NO. 4:20-CV-194-DMB-JMV**

**GRENADA COUNTY, et al.**                          **DEFENDANTS**

**ORDER**

On November 16, 2020, the Estate of Charro Jones, deceased, and William Jones, Jr., as the administrator of the Estate and on behalf of all heirs-at-law and wrongful death beneficiaries of Charro Jones, commenced this action against the defendants by filing a complaint in the United States District Court for the Northern District of Mississippi. Doc. #1.

On November 3, 2021, the plaintiffs' counsel filed a suggestion of death stating that William Jones, Jr. passed away on October 19, 2021. Doc. #47. Approximately four months later, the plaintiffs' counsel moved to amend the complaint "to substitute 'William Jones, Jr., Administrator' for 'Charro Jones, Jr., Administrator' as a Plaintiff." Doc. #55. Ten days later, the defendants filed a motion to dismiss the plaintiffs' claims "due to the failure to file a timely motion to substitute parties." Doc. #56. The plaintiffs then moved for "an enlargement of time to file [a] Motion to Substitute Real Party in Interest." Doc. #60.

On April 20, 2022, United States Magistrate Judge Jane M. Virden granted both the motion for enlargement of time and the motion to substitute and ordered that Charro Jones, Jr., the administrator of the Estate of Charro Jones, Sr., be substituted as plaintiff for the deceased William Jones, Jr. Doc. #65. The same day, the plaintiffs filed an amended complaint reflecting the substitution. Doc. #67. In light of the timely substitution, the motion to dismiss [56] is **DENIED**

as moot.

    **SO ORDERED**, this 27th day of April, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**
