IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THE ESTATE OF CHARRO JONES,**                         **PLAINTIFFS**
**SR., deceased, et al.**

**V.**                                                     **NO. 4:20-CV-194-DMB-JMV**

**GRENADA COUNTY, et al.**                              **DEFENDANTS**

## ORDER

On January 6, 2023, United States Magistrate Judge Jane M. Virden held a settlement conference with the parties. Doc. #134. The minutes from the conference reflect this case was settled. *Id.* Because a trial in this case is no longer necessary, the pending motions in limine [127][129] are **DENIED as moot**.

**SO ORDERED**, this 14th day of February, 2023.

                                                  **/s/Debra M. Brown**
                                                  **UNITED STATES DISTRICT JUDGE**