IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE ESTATE OF CHARRO JONES, ET AL. PLAINTIFFS

VS. CIVIL ACTION NO. 4:20-CV-194 DMB-JMW

GRENADA COUNTY, ET AL. DEFENDANTS

## JOINT MOTION TO DISMISS ACTION WITH PREJUDICE

**COME NOW** Plaintiffs The Estate of Charro Jones, et al. ("Plaintiffs"), jointly with Defendants Corrections Management Services, Inc., Norma Williams, and Grenada County, Mississippi ("Defendants"), and advise the Court that Plaintiffs desire to dismiss this action. Therefore, the parties request that this action be finally dismissed with prejudice, as follows:

1. The parties jointly move that this action be dismissed with prejudice because the parties have resolved Plaintiffs' claims as to all Defendants.

2. The parties request that this Court enter a final order dismissing this matter with prejudice and with each party bearing its own fees and costs.

3. The parties respectfully request relief from the requirement of submitting a separate memorandum brief under L.U.Civ.R. 7(b)(4) due to the straightforward nature of the instant joint motion and because the requested relief is consistent with the Federal Rules of Civil Procedure.

**WHEREFORE, PREMISES CONSIDERED,** the parties jointly request that this action be dismissed with prejudice and any other relief that this Court deems necessary.

**RESPECTFULLY SUBMITTED,** this the 11th day of July, 2023.

> **THE ESTATE OF CHARRO JONES, ET AL.,
> PLAINTIFFS**
>
> By:  /s/ *Carlos E. Moore*
> Carlos E. Moore, MSB# 100685

{D2123159.1}

1

OF COUNSEL:

**THE COCHRAN FIRM – MS DELTA**
306 Branscome Drive
P.O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: cmoore@cochranfirm.com

**CORRECTIONS MANAGEMENT SERVICES, INC., NORMA WILLIAMS, AND GRENADA COUNTY, DEFENDANTS**

BY:    /s/ *Shea S. Scott*
          OF COUNSEL

SHEA S. SCOTT – MS BAR NO. 100775
*sscott@danielcoker.com*
LAUREN E. WARD – MS BAR NO. 105019
*lward@danielcoker.com*
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE: 662-232-8979
FACSIMILE: 662-232-8940

{D2123159.1}                                         2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the ECF system, which sent notification of such filing to all counsel of record, including:

Carlos E. Moore
*cmoore@cochranfirm.com*
THE COCHRAN LAW FIRM – MISSISSIPPI DELTA
306 Branscome Drive
P.O. Box 1487
Grenada, Mississippi 38902-1487
*Counsel for Plaintiffs*

**THIS,** this 11th day of July, 2023.

BY: /s/ *Shea S. Scott*
OF COUNSEL

{D2123159.1}                                                      3