IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THE ESTATE OF CHARRO JONES, SR., et al.**                                       **PLAINTIFFS**

**V.**                                         **NO. 4:20-CV-194-DMB-JMV**

**GRENADA COUNTY, et al.**                                                    **DEFENDANTS**

## ORDER

On July 11, 2023, the parties jointly moved to dismiss this case with prejudice, "with each party bearing its own fees and costs." Doc. #138. As cause, they represent that they "have resolved Plaintiffs' claims as to all Defendants." *Id.* at 1.

Based on the parties' resolution of all claims, the joint motion to dismiss [138] is **GRANTED**. This case is **DISMISSED with prejudice**, with the parties bearing their own respective costs and fees.

**SO ORDERED**, this 13th day of July, 2023.

                                                                      /s/Debra M. Brown
                                                                      **UNITED STATES DISTRICT JUDGE**